IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00265-MR

| | |
|---|---|
| DAVID GORDON OPPENHEIMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JUDITH MICHAUD and MEADOWS ) | |
| MOUNTAIN REALTY, INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte*.

On September 10, 2023, the Plaintiff initiated this action against the Defendants Judith Michaud and Meadows Mountain Realty, Inc. [Doc. 1]. On September 13, 2023, the Plaintiff filed executed Waivers of Service indicating that both Defendants had waived service, making their respective answers due on November 13, 2023. [Docs. 5, 6]. To date, however, neither Defendant has made an appearance or otherwise defended this action.

**IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the Plaintiff shall file appropriate motions or otherwise take further action with respect to the Defendants. The Plaintiff is advised

that failure to take further action will result in the dismissal of this action without prejudice and without further Order.

**IT IS SO ORDERED.**

Signed: January 10, 2024

Martin Reidinger
Chief United States District Judge